# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 12-1225 | September Term, 2012 |
| | FCC-77FR27631 |

Filed On: February 12, 2013 [1420004]

National Association of Broadcasters,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Benton Foundation, et al.,
      Intervenors

## O R D E R

      Upon consideration of petitioner's unopposed motion to hold case in abeyance, it is

      **ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

      The Federal Communications Commission is directed to file status reports at 90-day intervals beginning May 13, 2013.

      The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                                  Mark A. Butler
                                  Deputy Clerk